IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEE ANN MARTIN,<br><br>    Defendant.<br>                                         / | No. CR 05-00025 WHA<br><br>**ORDER RE UNITED STATES' MOTION TO RETURN CASE TRANSFERRED UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 20 TO CHARGING DISTRICT** |

Effective on April 23, 2008, this case will be transferred back to the Central District of California under FRCrP 20 unless defendant decides to enter a guilty plea before that date. Defendant's request that the indictment be dismissed due to an alleged violation of the Speedy Trial Act is **DENIED** without prejudice to its being reasserted in the Central District of California.

**IT IS SO ORDERED.**

Dated: April 9, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE