United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEE ANN MARTIN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 05-00025 WHA<br><br>**ORDER TRANSFERRING CASE BACK TO CENTRAL DISTRICT OF CALIFORNIA** |

　　　　Pursuant to the order dated April 9, 2008, this case is hereby transferred back to the Central District of California. There has been no guilty plea entered (or even suggested). The Clerk shall send the file to the Clerk of the Central District of California.

　　　　**IT IS SO ORDERED.**

Dated: April 24, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE